MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for JOAQUIN SOTELO VALDEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>                    Plaintiff,<br><br>         v.<br><br>JOAQUIN SOTELO-VALDEZ,<br><br>                    Defendant. | ) No. 2:21-cr-00007-DAD-8<br>)<br>) STIPULATION AND ORDER CONTINUING<br>) THE SENTENCING HEARING FROM<br>) MAY 5, 2025, TO JULY 7, 2025, AT 9:00 a.m.<br>)<br>)<br>) Judge: Hon. Dale A. Drozd |

Defendant JOAQUIN SOTELO VALDEZ is requesting a continuance of his sentencing hearing, which is presently set for May 5, 2025.  Mr. Long is in a homicide trial in Sacramento County. AUSA David Spencer, on behalf of the United States Attorney's Office, and USPO Steve Davis, on behalf of the United States Probation Office, have no objection to the requested continuance.  The draft pre-sentence report has already been filed:

Judgment and Sentencing Date: July 7, 2025

Reply, or Statement of Non-opposition: June 30, 2025

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: June 23, 2025

The Final Presentence Report shall be filed with the Court and disclosed to the parties no later than: June 16, 2025

Informal objections to the draft presentence report: June 9, 2025

///

-1-

| | |
|---|---|
| Dated: April 3, 2025 | Respectfully submitted, |
| | /s/ *Michael D. Long* |
| | MICHAEL D. LONG |
| | Attorney for Joaquin Sotelo Valdez |
| | |
| Dated: April 3, 2025 | MICHELE BECKWITH |
| | Acting United States Attorney |
| | |
| | /s/ *David Spencer* |
| | DAVID SPENCER |
| | Assistant U.S. Attorney |

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for May 5, 2025, is continued to July 7, 2025, at 9:30 a.m. The amended presentence report related dates proposed by the parties are adopted as follows:

Judgment and Sentencing Date: July 7, 2025

Reply, or Statement of Non-opposition: June 30, 2025

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: June 23, 2025

The Final Presentence Report shall be filed with the Court and disclosed to the parties no later than: June 16, 2025

Informal objections to the draft presentence report: June 9, 2025

IT IS SO ORDERED.

Dated: **April 3, 2025**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

-2-